United States Courts
Southern District of Texas
FILED
July 22, 2026
Nathan Ochsner, Clerk of Court

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TORIK M. BLADE,** | § | CRIMINAL NO. **4:26-cr-456** |
| **STEPHAN G. JAMES,** | § | |
| **KENDRA L. FOLKES,** | § | **SEALED** |
| **RICKELLE D. TAYLOR and** | § | |
| **RAVEN N. MORRIS,** | § | |
| **Defendants.** | § | |

**INDICTMENT**

THE GRAND JURY CHARGES:

At all times material to this Indictment:

**COUNT ONE**
(Passing Falsely Made Obligations of the United States)

On or about April 28, 2023, in the Houston Division of the Southern District of Texas and elsewhere,

**TORIK M. BLADE,**

defendant herein, with intent to defraud, intentionally and knowingly passed and uttered, to Navy Federal Credit Union, a falsely made, forged, and counterfeit United States Treasury tax refund check in the amount of $1,052,615.97.

In violation of Title 18, United States Code, Sections 472 and 2.

**COUNTS TWO - FIVE**
(Financial Institution Fraud)

A. INTRODUCTION

1. The Federal Deposit Insurance Corporation (FDIC) was an agency of the United States established to protect depositors of banks by insuring accounts of depositors against loss up to $250,000.00 with the purpose of preventing their collapse and instilling public confidence in the nation's financial institutions. The FDIC's Deposit Insurance Fund was backed by the United States Government.

2. The National Credit Union Share Insurance Fund (NCUSIF) was a federal insurance fund established to protect money deposited into federally insured credit unions. It was the credit union equivalent to the FDIC Deposit Insurance Fund.

3. Navy Federal Credit Union was a credit union whose accounts were insured by the NCUSIF.

4. Hancock Whitney Bank, Woodforest National Bank and JPMorgan Chase Bank, N.A. were banks whose deposits were insured by the FDIC.

B. THE SCHEME AND ARTIFICE

Beginning on or about February 1, 2023, and continuing through on or about May 30, 2023, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**TORIK M. BLADE**,

**STEPHAN G. JAMES** and
**KENDRA L. FOLKES**,

aided and abetted by others known and unknown to the Grand Jury, did knowingly execute and attempt to execute a scheme and artifice to obtain money, funds and credit owned by and under the custody and control of Navy Federal Credit Union, Hancock Whitney Bank, Woodforest National Bank and JPMorgan Chase Bank, N.A., by means of materially false and fraudulent pretenses, representations and promises including the concealment of material facts.

C. THE MANNER AND MEANS OF THE SCHEME

The manner and means of the scheme included, but were not limited to, the following:

1. It was a part of the scheme that defendant **STEPHAN G. JAMES** created a sham company called S&D Struction and Design LLC (S&D) and opened business accounts for S&D at Hancock Whitney Bank and JPMorgan Chase Bank, N.A.

2. It was a further part of the scheme that defendant **KENDRA L. FOLKES** created a sham company called KTB Logistics & Freight LLC (KTB) and opened a business account for KTB at Woodforest National Bank.

3. It was a further part of the scheme that defendant **TORIK M. BLADE** allowed a person unknown to the Grand Jury to deposit a counterfeit $1,052,615.97

United States Treasury tax refund check into his business account at Navy Federal Credit Union.

4. It was a further part of the scheme that **BLADE** withdrew nearly all proceeds of the counterfeit $1,052,615.97 check from Navy Federal Credit Union by obtaining fourteen cashier's checks including a $50,000.00 cashier's check payable to KTB and a $650,000.00 cashier's check payable to S&D.

5. It was a further part of the scheme that **FOLKES** deposited the $50,000.00 cashier's check into KTB's account at Woodforest National Bank.

6. It was a further part of the scheme that **JAMES** deposited the $650,000.00 cashier's check into S&D's account at Hancock Whitney Bank which disbursed most of the proceeds back to **JAMES** in the form of a $554,980.00 cashier's check.

7. It was a further part of the scheme that **JAMES** deposited the $554,980.00 cashier's check into his personal account at JPMorgan Chase Bank, N.A.

D. <u>THE EXECUTION OF THE SCHEME</u>

On or about the dates set forth below, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants executed and attempted to execute the aforesaid scheme and artifice, as described below:

| Count | Date | Execution | Defendant |
|---|---|---|---|
| 2 | April 28, 2023 | Deposit of counterfeit $1,052,615.97 U.S. Treasury tax refund check into account at Navy Federal Credit Union | **BLADE** |
| 3 | May 11, 2023 | Kendra Folkes deposited $50,000.00 cashier's check into account at Woodforest National Bank | **BLADE**<br>**FOLKES** |
| 4 | May 11, 2023 | Stephan James deposited $650,000.00 cashier's check into account at Hancock Whitney Bank | **BLADE**<br>**JAMES** |
| 5 | May 26, 2023 | Stephan James deposited $554,980.00 cashier's check into account at JPMorgan Chase Bank, N.A. | **JAMES** |

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT SIX**
(Conspiracy)

A. THE CONSPIRACY

Beginning on or about February 1, 2023, and continuing through on or about May 30, 2023, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**TORIK M. BLADE,**
**STEPHAN G. JAMES,**
**KENDRA L. FOLKES,**
**RICKELLE D. TAYLOR** and
**RAVEN N. MORRIS,**

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956 and Section 1957, to wit:

(1) to knowingly conduct and attempt to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, Passing Falsely Made Obligations of the United States (18 U.S.C. § 472), knowing the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); and

(2) to knowingly engage and attempt to engage in monetary transactions by, through or to a financial institution, affecting interstate, in criminally derived property of a value greater than $10,000, that is, U.S. currency, such property having been derived from a specified unlawful activity, that is, Passing Falsely Made Obligations of the United States (18 U.S.C. § 472), in violation of Title 18, United States Code, Section 1957.

B. THE MANNER AND MEANS OF THE CONSPIRACY

The manner and means of the conspiracy included, but were not limited to, the following:

1. It was a part of the conspiracy that defendants withdrew proceeds of a counterfeit $1,052,615.97 United States Treasury tax refund check in cash from accounts at Navy Federal Credit Union, Hancock Whitney Bank, Woodforest National Bank and JPMorgan Chase Bank, N.A.

2. It was a further part of the conspiracy that defendants cashed multiple Navy Federal Credit Union cashier's checks that were proceeds of the counterfeit $1,052,615.97 check.

In violation of Title 18, United States Code, Section 1956(h).

**COUNTS SEVEN – TWENTY-ONE**
(Laundering of Monetary Instruments)

On or about the dates set forth below, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**TORIK M. BLADE**,
**STEPHAN G. JAMES**,
**KENDRA L. FOLKES**,
**RICKELLE D. TAYLOR** and
**RAVEN N. MORRIS**,

aided and abetted by others known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct a financial transaction affecting interstate commerce, to wit, obtained U.S. currency from financial institutions as described below, which involved the proceeds of a specified unlawful activity, that is, Passing Falsely Made Obligations of the United States (18 U.S.C. § 472), knowing that the transaction was designed in whole and in part to conceal and disguise the location, source, ownership and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, as described below:

| Count | Date | Monetary Transaction | Defendant(s) |
|---|---|---|---|
| 7 | May 5, 2023 | Torik Blade withdrew $30,000.00 cash from Navy Federal Credit Union | **BLADE** |

| | | | |
|---|---|---|---|
| 8 | May 5, 2023 | Rickelle Taylor cashed $19,370.40 cashier's check at Navy Federal Credit Union | **BLADE TAYLOR** |
| 9 | May 5, 2023 | N.A. cashed $13,782.10 cashier's check at Navy Federal Credit Union | **BLADE FOLKES** |
| 10 | May 9, 2023 | Rickelle Taylor cashed $21,245.00 cashier's check at Navy Federal Credit Union | **BLADE TAYLOR** |
| 11 | May 9, 2023 | Kendra Folkes cashed $24,600.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES** |
| 12 | May 9, 2023 | Raven Morris cashed $20,750.00 cashier's check at Navy Federal Credit Union | **BLADE MORRIS** |
| 13 | May 12, 2023 | Raven Morris cashed $23,500.00 cashier's check at Navy Federal Credit Union | **BLADE MORRIS** |
| 14 | May 12, 2023 | K.W. cashed $22,550.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES TAYLOR** |
| 15 | May 12, 2023 | M.M. cashed $24,650.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES TAYLOR** |
| 16 | May 22, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (3200 Kirby Dr., Houston, Texas) | **BLADE JAMES** |
| 17 | May 22, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (2979 N. Loop W. Fwy., Houston, Texas) | **BLADE JAMES** |
| 18 | May 23, 2023 | Stephan James withdrew $30,000.00 cash from Hancock Whitney Bank (555 Dowlen Rd., Beaumont, Texas) | **BLADE JAMES** |
| 19 | May 23, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (350 Pine St., Beaumont, Texas) | **BLADE JAMES** |

| | | | |
|---|---|---|---|
| 20 | May 25, 2023 | Kendra Folkes withdrew $30,000.00 cash from Woodforest National Bank | **BLADE FOLKES** |
| 21 | May 30, 2023 | Stephan James withdrew $40,000.00 cash from JPMorgan Chase Bank, N.A. | **JAMES** |

In violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

**COUNTS TWENTY-TWO – THIRTY-SIX**
(Engaging in Monetary Transactions in Criminally Derived Property)

On or about the dates set forth below, in the Houston Division of the Southern District of Texas, and elsewhere, the defendants,

**TORIK M. BLADE**,
**STEPHAN G. JAMES**,
**KENDRA L. FOLKES**,
**RICKELLE D. TAYLOR** and
**RAVEN N. MORRIS**,

did knowingly engage and attempt to engage in the following monetary transactions through financial institutions, affecting interstate commerce, in criminally derived property of a value greater than $10,000, to wit, obtained U.S. currency from financial institutions as described below, such property having been derived from a specified unlawful activity, that is, Passing Falsely Made Obligations of the United States (18 U.S.C. § 472):

| Count | Date | Monetary Transaction | Defendant(s) |
|---|---|---|---|
| 22 | May 5, 2023 | Torik Blade withdrew $30,000.00 cash from Navy Federal Credit Union | **BLADE** |

| | | | |
|---|---|---|---|
| 23 | May 5, 2023 | Rickelle Taylor cashed $19,370.40 cashier's check at Navy Federal Credit Union | **BLADE TAYLOR** |
| 24 | May 5, 2023 | N.A. cashed $13,782.10 cashier's check at Navy Federal Credit Union | **BLADE FOLKES** |
| 25 | May 9, 2023 | Rickelle Taylor cashed $21,245.00 cashier's check at Navy Federal Credit Union | **BLADE TAYLOR** |
| 26 | May 9, 2023 | Kendra Folkes cashed $24,600.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES** |
| 27 | May 9, 2023 | Raven Morris cashed $20,750.00 cashier's check at Navy Federal Credit Union | **BLADE MORRIS** |
| 28 | May 12, 2023 | Raven Morris cashed $23,500.00 cashier's check at Navy Federal Credit Union | **BLADE MORRIS** |
| 29 | May 12, 2023 | K.W. cashed $22,550.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES TAYLOR** |
| 30 | May 12, 2023 | M.M. cashed $24,650.00 cashier's check at Navy Federal Credit Union | **BLADE FOLKES TAYLOR** |
| 31 | May 22, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (3200 Kirby Dr., Houston, Texas) | **BLADE JAMES** |
| 32 | May 22, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (2979 N. Loop W. Fwy., Houston, Texas) | **BLADE JAMES** |
| 33 | May 23, 2023 | Stephan James withdrew $30,000.00 cash from Hancock Whitney Bank (555 Dowlen Rd., Beaumont, Texas) | **BLADE JAMES** |
| 34 | May 23, 2023 | Stephan James withdrew $20,000.00 cash from Hancock Whitney Bank (350 Pine St., Beaumont, Texas) | **BLADE JAMES** |

| | | | |
|---|---|---|---|
| 35 | May 25, 2023 | Kendra Folkes withdrew $30,000.00 cash from Woodforest National Bank | **BLADE FOLKES** |
| 36 | May 30, 2023 | Stephan James withdrew $40,000.00 cash from JPMorgan Chase Bank, N.A. | **JAMES** |

In violation of Title 18, United States Code, Section 1957(a) and 2.

**A TRUE BILL:**

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

Aaron F. Reitz
United States Attorney

By: John R. Lewis
JOHN R. LEWIS
Assistant United States Attorney
States Attorney